THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Killen v. Akin, 519 So.2d 926 (Ala.1988); Landis v. Neal, 374 So.2d 275 (AIa.1979); Mullins v. Mullins, 770 So.2d 624 (Ala.Civ.App.2000); Tidwell v. Tidwell, 505 So.2d 1236 (Ala.Civ.App.1987); Oliver v. Oliver, 431 So.2d 1271 (Ala.Civ.App.1983); and East v. East, 395 So.2d 78 (Ala.Civ.App.1980).
The appellee’s request for an attorney fee is denied.
YATES, P.J., and PITTMAN, J., concur.
MURDOCK, J., concurs in the result.
CRAWLEY, J., dissents.